**FROST et al., Movants, v. FROST'S EXECUTOR, Opposed.**

Court of Appeals of Kentucky.

(Decided April 30, 1935.)

A. J. OLIVER for movants.

W. D. GILLIAM, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**SILVERSTEIN & SON et al., Movants, v. HALL, Opposed.**

Court of Appeals of Kentucky.

(Decided May 7, 1935.)

J. B. CLARKE and J. F. STEWART for movants.

HILL & HOBSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**BROOKINGS et al., Movants, v. EWING, County Judge, et al., Opposed.**

Court of Appeals of Kentucky.

(Decided May 21, 1935.)

THOMAS C. MAPOTHER and W. A. HUBBARD for movants.

LAWRENCE S. GRAUMAN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.